## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WER | 9243530 | J. Roth | 6223 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/01/2021 0912 | 50 CFR 26.22(a) |

Place of Offense: Flat creek near East Refuge Boundary

Offense Description: Factual Basis for Charge     HAZMAT ☐

Non-compliance with Refuge Specific Regulations (antler possession)

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Baker | Mitchell | x |

Street Address: [redacted]

Tag No: ___  State: ___  Year: ___  Make/Model: ___  PASS ☐  Color: ___

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| TBD | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Mailed

Original - CVB Copy

*9243530*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident