

# NOTICE

FILED U.S. DISTRICT COURT DISTRICT OF WYOMING JUN 20 2023 Margaret Botkins, Clerk Cheyenne

United States Chief Magistrate Judge Kelly H. Rankin
United State District Court for the District of Wyoming

Re: Docket Case Number: 23-PO-136-KHR, 23-PO-135-KHR

Honorable Chief Magistrate,

My Appalachian is monte-lee. The family name is Baker. I am a man, in the common sense of the word and natural lawful person. I am an American State National defined in your own codes (8 USC 1101 (a)(21)) as "one owing permanent allegiance to a state". Therefore, I am one of the human/creators known as "We the People" in accordance with Gods Laws. The State Assemblies have been reconvened, populated, and are in session in all 50 unincorporated States of the Union. Therefore, the presumption of territorial custodianship is overturned. I am the duly elected Fremont County Superior Court Justice administering "Common Law".

Milligan Ex Parte "Wherever common law courts are operating; it is unconscionable and unnecessary for there to be any form of military law exercised and such courts must shut down."

I participated in the initial hearing related to the above referenced docket matters. The jurisdiction of the court was challenged and it was determined that the prosecution could not proceed until proof of jurisdiction was provided. Pursuant to the "Law of Kinds" (see attachment), a contract between the corporation THE UNITED STATES OF AMERICA and me (the living man), was necessary to establish standing and jurisdiction. The prosecution provided to us (monte-lee and his sons whose appalachians are: mitchell-xavier and sterling-robert) a CD with photos, none of which constitute evidence of a contract. The prosecution, having failed to provide an actual contract and evidence that I am any kind of Federal corporation, lost all right to proceed.

1

Additionally, I provided to the court (August 2022) my public records demonstrating that I am a living man, natural lawful person and American State National. My Public Records refute every presumption of the court and provide proof that corporate government has committed fraud. And "Fraud destroys the validity of everything into which it enters."

There are nineteen enumerated powers in the Constitution. The nineteenth is the obligation stated in the preamble of all three federal Constitutions and includes the words "secure the blessings of liberty to ourselves and our posterity". Therefore, any matter related to me involving my posterity (mitchell-xavier and sterling-robert), absent a man/woman claiming injury, is an exercise of the "Rights" bestowed upon me by my God and inherited by my posterity. Separating my sons from me and attacking them with private foreign International law, is a breach of the Indenture Service Contract (the Constitution for the united States of America) and a violation of the representative Oaths of Office. This court is mandated to: "Full Faith and Credit shall be given in each State to the… Public Records…" Article IV sec. 1 of all three Federal Constitutions. And "The Citizens of each State shall be entitled to all Privileges and <u>Immunities</u>" guaranteed in Article IV sec. 2 (emphasis added) "The state citizen is immune from any and all government attacks and procedure, absent contract" See Dred Scott v Sanford, 60 US (19 How.) 393.

I and my sons autographed my public records as a contract and reserved our rights not to be compelled to perform under any contract, commercial agreement, or bankruptcy that we did not enter knowingly, voluntarily, and intentionally. And we cannot be held liable for any compelled benefit related to any unrevealed contract, commercial agreement, or bankruptcy. Our contract bears postage stamps cancelled by all three of us thereby placing the contract and these matters under the authority and protection of the Universal Postal Union, and makes us the Postmasters for said contracts. The cancelled Postage Stamps are evidence that corporate government has accepted lawful money (postage stamps and money orders are redeemable in gold – therefore constitute lawful money) in consideration for the bill of lading of the contract to move forward. Prosecuting my sons is fraud, barratry, personage, peonage, International Terrorism, and a further breach of contracts.

# "Law of Kinds"

## Supreme court of the united States 1795

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

S.C.R. 1795, Penhallow v. Doane's administrators 3 U.S. 54; 1 L.Ed.57; 3 Dall. 54; and,

b. "the contracts between them: involve U.S. citizens, which are deemed as Corporate Entities:

c. "Therefore, the U.S. citizens residing in one of the states of the union are classified as property and franchises of the federal government as an "individual entity"".

Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773

S.C.R. 1795, Penhallow v. Doane's Administraters (3 UL.S. 54; 1 L.Ed. 57; 3 Dall. 54), "The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial."

1. U.S. citizen/US citizen/ US CITIZEN/United States citizen/ citizen of the United States...etc. – mean artificial legal persons, PERSONS, U.S. persons, individuals, citizens, corporate entities; these entities are created by operation of law by CONGRESS, and only exist on paper with the NAME in ALL CAPS. This entity does exist in reality, and is NOT a living being; man or woman.

What is a citizen versus a Citizen...?

A 14th Amendment US citizen is:

1873: U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states in that the former is a special class of citizen created by Congress."

"That is a "citizen of the United States: is a "statutory citizen: - or "creature of the State", created by legislative action. 'United States' meaning "territories' 'enclaves', and 'District of Columbia')

4




This court is bound by the law of contracts and because the court is using private commercial paper, it is bound by the same constraints, laws and rules that govern private corporations (Clearfield Doctrine) **Clearfield Trust Co. v U.S. (1943)**. Therefore, if it intends to compel an individual to some specific performance based upon its corporate statutes or rules, then it, like any other private corporation, must be the holders in due course of a contract, or commercial agreement between it and the one upon who demand for specific performance is made. And corporate government must be willing to enter the contract into evidence before it seeks to have the court enforce its demands called statutes. "The common law is the real law, the law of the land. The codes, rules, regulation, policy and statutes are not the law." Self v. Rhay, 61 Wn(2nd) 261

"All codes, rules, and regulations are for government authorities only, not for human/creators in accordance with Gods laws. All codes, rules, and regulations are unconstitutional and lack due process." Rodriques v. Ray Donovan, U.S. Dept. of Labor 769 F2d. 1344,1348 (1985).

We are men, in the common sense of the word.

We are speaking to you as men.

We are Americans.

We require pass through service.

We are claimants, not complainants.

And we are claiming our property and our credit both here and now.

We are making you (Chief Magistrate) and the court clerk our assigns to negotiate through traffic, settle all liens and charges, and return the balance to us in the form of certified checks.

I expect all those who have sworn an Oath to the United States Constitution will honor that oath. I will not tolerate anything less.

by: :*Monte-Lee: Baker* ©

All rights reserved, Sui Juris, Without Prejudice

3




# The United States of America
## Wyoming Assembly
## The Fremont County Assembly

# The Fremont County Superior Court Justice Affirmation

*Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.*

In the name and by the authority of Wyoming State Assembly/ Fremont County Assembly;

I, Monte Lee Baker, do solemnly affirm that I will faithfully execute the duties in the office of the Superior Court Justice for the Fremont County Assembly of the Wyoming State Assembly, under the penalties of perjury under the public law of The United States of America (Unincorporated).

This Affirmation is valid, true, correct and is granted freely, and so say I to all facts above this ____11____ day of ___June___ in the year 2022.

By: _Monte-Lee: Baker:©_

### Witness of Wyoming Assembly/ Fremont County Assembly Members

_Melvin-Edward: Gustin_   _by: William David Snapp©_

Melvin Edward Gustin, State Justice    William David Snapp, State Coordinator

### Witness of Public Notary to Affirmation and Autograph

Today I was visited by Monte Lee Baker and he did present appropriate identification and he did verbally state the above Affirmation freely and without coercion before me and he did freely autograph this Affirmation without coercion in my presence this __11th__ day of __June__, 2022.

Witness whereof my hand and seal appear:

_by: William David Snapp©_