

# THIRD PARTY INTERVENER STATUS

:Monte-Lee: Baker:
P.O. Box 241
Dubois, Wyoming [82513]
Email: baker@dteworld.com

United States Chief Magistrate Judge Kelly H. Rankin
United State District Court for the District of Wyoming

**FILED**

3:45 pm, 9/11/23
**Margaret Botkins**
**Clerk of Court**

Re: Docket Case Number: 23-PO-136-KHR, 23-PO-135-KHR

Honorable Chief Magistrate,

---

## REQUEST FOR THIRD PARTY INTERVENER STATUS

---

I, Monte-Lee for the family: Baker, Sui Juris, request Third Party Intervener Status
in the above stated case.

by: _:Monte-Lee: Baker© LS_

All rights reserved, Sui Juris, Without Prejudice

Non-Assumpsit

1






# 2nd NOTICE

:Monte-Lee: Baker:
P.O. Box 241
Dubois, Wyoming [82513]
Email: baker@dteworld.com

United States Chief Magistrate Judge Kelly H. Rankin
United State District Court for the District of Wyoming

Re: Docket Case Number: 23-PO-136-KHR, 23-PO-135-KHR

Honorable Chief Magistrate,

The state and federal government is a corporation (See 28 USC §3002 (15(A)(B)(C), 22USCA 286(e)).  The government by becoming a corporator, lays down its sovereignty and takes on that of a private citizen.  It can exercise no power which is not derived from the corporate charter.  (See: The Bank of the United States v. Planters Bank of Georgia, 5 L.Ed. (Wheat) 244; U.S. v Butt, 309 U.S. 242)

Therefore, the Congress, State Legislatures, City Councils, Municipalities and all State and Federal Courts are corporate entities posing as Constitutional branches of government.

In order to promulgate and enforce Criminal Laws to govern the Sovereign public, government must be sovereign also, which is an accepted Rule of Law derived from the, Ancient Law of Kings.  Corporations are not and can never be sovereign. They are not real, they are fictions, existing only on paper.

Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes, ordinances, and Rules, deceptively concealing their true nature.

Because these government bodies are not sovereign, they cannot promulgate or enforce Criminal Laws; they can only create and enforce Civil Laws, which are duty bound to comply with the LAW of CONTRACTS.  The Law of Contracts requires signed written agreements and complete transparency!

(Citations and Complaints are contracts but lack transparency because the citations/complaints neither inform the recipient what might happen to the

1



recipient if the recipient agrees to contract, nor that the recipient has a right to refuse the accommodation in writing. Contracts require voluntary informed consent of all parties ("consent of the governed"), otherwise the contract is null and void ab initio.

Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the sovereign public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334-2000]

"Fraud, in its elementary common law sense of deceit, ...includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, ...and if he deliberately conceals material information from them, he is guilty of fraud."  Donnelly v. Dechristoforo 1974.SCT.41709 Par. 56, Quoting US v Holzer, 816 F.2d. 304,307

"Fraud destroys the validity of everything into which enters." 70 Am.Jur. 2nd Sec. 50

The Mutual Assent of Contract Law requires full disclosure. "There can be no meeting of the minds unless the matter has been discussed; therefore, full disclosure of all terms and conditions is an absolute requirement of this condition. This is why contracts are called "agreements" Parties cannot agree to agree on terms that are not disclosed nor discussed.  This would be a form of collusion and would violate the obligation of good faith."

Yet the Presumption of Summons is that by custom a summons unrebutted stands (tacit procuration) and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court.

However, this presumption and all others, are invalid due to the fraud (failure to give full disclosure, deceit of same sounding NAMES/Names, and deceptive nature of corporate regulation imposed as Law).  Again, as cited in the first Notice: "All codes, rules, and regulations are for government authorities only, not for Human/Creators in accordance with Gods Laws.  All codes, rules, and regulations are unconstitutional and lack due process."  And in accordance with the Law of Witnesses; "The common law is the real law, the law of the land.  The codes,

2

rules, regulations, policies and statutes are not the Law." Self v. Rhay 61 Wn(2nd) 261

Citations are not to be construed as consent to the despotic institutions created by our fellow man.

"The law provided that once State and Federal jurisdiction has been challenged, it must be proven." The District Attorneys never entered a valid signed (wet ink autographed) written agreement (contract) with complete transparency into evidence.

And further:

Bouvier's Law Dictionary, 8th ed., pg. 2287 – "The omission of the Christian name by either plaintiff or defendant in a legal process prevents the court from acquiring jurisdiction..."

Gregg's Manual of English: "A name spelled in all capital letters or a name initialed, is not a proper noun denoting a specific person, but is a **fictitious name**, or a name of a dead person, or a nom de guerre."

"Complaint must identify at least one <u>plaintiff</u> by **<u>true name</u>**; **<u>otherwise, no action has been commenced</u>**" Roe v New York (1970, SD NY) 49 FRD 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

Public employees under contract to a governmental service provider (foreign corporation) working for "We the People" under contract, are accountable and liable for actions taken that misidentify or seek to defraud or mis-characterize people, who are living as Lawful Persons, not Legal Persons.

27 CFR 72.11 makes all crimes **commercial.**

Misidentifying or seeking to defraud or mis-characterize the "Human/Creators in accordance with Gods Laws" for commercial gain is a **Crime of State** (Personage).

by: _: Monte=Lee: Baker: Ⓒ LS_

All rights reserved, Sui Juris, Without Prejudice

Non-assumpsit

3

9.8.2023