

:Monte-Lee: Baker:
P.O. Box 241
Dubois, Wyoming [82513]
Email: baker@dteworld.com

United States Chief Magistrate Judge Kelly H. Rankin
United State District Court for the District of Wyoming

Re: Docket Case Number: 23-PO-136-KHR, 23-PO-135-KHR

Honorable Chief Magistrate,

District Attorneys,

## MOTION TO DISMISS WITH EXTREME PREJUDICE

The prosecution has had Monte-Lee's public records for over a year. These public records, autographed by Monte-Lee and his sons, stand as evidence against the presumptions of the Court. The prosecution failed to respond to said public records by entering a contract into evidence and therefore has acquiesced. Instead, the prosecution engaged in further mis-identifying, fraud and mis-characterizing for commercial gain (personage), a Crime of State and forced compliance to contracts not held (peonage/slavery), a violation of international law.

Enforcement officers used Monte-Lee's Trade Name, which is held under private unregistered Copywrite and unregistered Trade Mark (See Monte-Lee's Public Records "Certificate of Assumed Names"), to deliver citations/complaints (offers to contract) to Monte-Lee's sons in a commercial (fraudulent - see 2nd Notice) activity. These actions violate the following Acts of Congress:

Lanham Act --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11

Presumption of the Public Vessels Act 46 U.S.C.A. Appendix Sections 781-790 as originally enacted

1

Navajo Jewelry
USA
2c

The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591

Federal Land Policy and Management Act (enactment clause section 701)

The False Claims Act, Title 31 U.S.C. A. Section 3729 (a) and (7)

The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611

Additionally, a FOIA request (see attachments) was served on this court for the Oaths of Office of the several public officials involved in this matter. The administrative offices responded on behalf of Chief Magistrate Justice Kelly H. Rankin, confirming the date of Oath of Office, however, refused to provide a copy of the public record (a contract with "We the People"). No response has been received by the District Attorneys. This is fraud (the deliberate concealment of material information in a setting of fiduciary obligation") and a deprivation of our rights to Life, Liberty, and the pursuit of Happiness.

**These are all indictable crimes.**

by: _:Monte-Lee: Baker ©_

:Monte-Lee: Baker:©™

All rights reserved, Sui Juris, Without Prejudice

Non-Assumpsit

by: _:Mitchell-Xaviar: Baker ©_
_UCC 1-308 without Prejudice._

by: _____

Certificate of Service to :Sterling-Robert: Baker:
by: :Monte-Lee: Baker ©

2

# FOIA Request
### (Freedom of Information Act)

Monte-Lee: Baker:©
C/o P.O. B0x 241
Dubois, Wyoming [82513]
Email: baker@dteworld.com

June 30, 2023

COURT CLERK
United States District Court for the District of Wyoming
2120 Capitol Ave., Room 2131
Cheyenne, WY 82001

Dear COURT CLERK:

Pursuant to the Freedom of Information Act, I, Monte-Lee, a living man, am requesting to obtain a copy of the Public Officials **Surety Bond, Oath of Office**, and **BAR Number** for the following individuals:

1. JUDGE Kelly H. Rankin (Chief U.S. Magistrate Judge)
2. L. Robert Murray (U.S. Attorney)
3. Nicholas Vassallo (U.S. Attorney)
4. Amanda R. Hudson (U.S. Attorney)
5. Micheal J. Elmore (U.S. Attorney)

Each Oath of Office and Surety Bond (if bonded) are required to be kept on file at the COURT CLERK's office for public record and public inspection upon request.

Digital copies may be sent to my email. If there are any fees for copying these records, please let me know.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information.

Sincerely,
by: ___:Monk-lee:Baker:©___
by: Monte-Lee: Baker:
All Rights Reserved – Without Prejudice
        Non-Assumpsit



9-8-2023

Navajo Jewelry
USA
2c

| | | |
|---|---|---|
| **HONORABLE ROSLYNN R. MAUSKOPF**<br>Director<br><br>**LEE ANN BENNETT**<br>Deputy Director | **ADMINISTRATIVE OFFICE OF THE**<br>**UNITED STATES COURTS**<br><br>WASHINGTON, D.C. 20544 | **JAMES R. BAUGHER**<br>Associate Director<br>Department of Administrative Services<br><br>**MICHAEL L. SMITH**<br>Chief Human Resources Officer<br>Human Resources Office |

July 17, 2023

Mr. Monte-Lee Baker
C/O P.O. Box 241
Dubois, Wyoming 82513

Dear Mr. Baker:

  This is in response to your request for a copy of the oath of office for the Honorable Kelly H. Rankin. The Administrative Office of the United States Courts does not provide copies of a judge's signed oath of office. However, this letter will confirm that Judge Rankin has been appointed as a Magistrate Judge of the District of Wyoming and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331. Please also note that United States Judges are not issued bonds.

| Name and Title | Oath of Office Date |
|---|---|
| Kelly H. Rankin<br>Chief Magistrate Judge | March 30, 2020 |

Thank you for your inquiry.

Sincerely,

*/s/ [signature]*

Judges Compensation and
Retirement Division

U.S. POSTAGE PAID
FCM LG ENV
DUBOIS, WY 82513
SEP 08, 2023
$9.73
R2304W119632-17

Retail
RDC 99
82001

CERTIFIED MAIL
7022 2410 0000 0869 4940

Court Clerk
United States District Court for
District of Wyoming
2120 Capitol Ave. Rm 2131
Cheyenne, WY 82001

Monte Lee Baker
P.O. Box 24
Dubois, Wyoming
[82513]